

# 11th Court of Appeals

## Eastland, Texas

## Judgment

A Red 2007 Ford F150
Texas License CVZ4082
VIN #1FTRX12W87FB53968,

\* From the 104th District
  Court of Taylor County,
  Trial Court No. 25911-B.

Vs. No. 11-15-00195-CV

\* September 30, 2015

The State of Texas,

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Kelly P. Amos.